IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00103-EWN-PAC

KATHLEEN GREENLEE,

    Plaintiff,

v.

SOUTHWEST HEALTH SYSTEMS, INC., d/b/a SOUTHWEST MEMORIAL HOSPITAL, a Colorado nonprofit corporation,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND ANSWER

    This matter comes before the Court on the Defendant's Unopposed Motion to Amend Answer filed May 18, 2006. The Court hereby Orders as follows:

    The Defendant's Motion is granted. The Defendant's Amended Answer to Plaintiff's Complaint is accpted for filing by this Court.

    Dated this 24 day of May, 2006.

BY THE COURT:

S/ Patricia A Coan
Patricia A. Coan
United States Magistrate Judge

