IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00103-EWN-PAC

KATHLEEN GREENLEE,

     Plaintiff,

v.

SOUTHWEST HEALTH SYSTEMS, INC., d/b/a SOUTHWEST MEMORIAL HOSPITAL, a
Colorado nonprofit corporation,

     Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT**

---

     This matter comes before the Court on the Plaintiff's Unopposed Motion to Amend

Complaint filed on May 19, 2006.  The Court hereby Orders as follows:

     The Plaintiff's Motion is granted.  The Plaintiff's Amended Complaint is accepted for

filing by this Court.

     Dated this _24th_ day of May, 2006.


                             BY THE COURT:


                             S/ Patricia A. Coan
                             Patricia A. Coan
                             United States Magistrate