IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00103-EWN-PAC

KATHLEEN GREENLEE,

    Plaintiff,

v.

SOUTHWEST HEALTH SYSTEMS, INC., d/b/a SOUTHWEST MEMORIAL HOSPITAL, a Colorado nonprofit corporation,

    Defendant.

---

**ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION TO CONDUCT SECOND DEPOSITION OF PLAINTIFF KATHLEEN GREENLEE**

---

This matter comes before the Court on the Defendant's Unopposed Motion to Conduct Second Deposition of Plaintiff Kathleen Greenlee filed July 5, 2006 [Doc #31]. The Court hereby Orders:

The Defendant's Motion is granted. The Defendant may conduct a deposition of the Plaintiff Kathleen Greenlee pursuant to Fed. R. Civ. P. 30(a)(2)(B) concerning the new allegations and claims for relief contained in Plaintiff's Amended Complaint and all related issues.

Dated this 5th day of July, 2006.

BY THE COURT:

S/ PATRICIA A COAN
Patricia A. Coan
United States Magistrate Judge